# Addendum



U.S. Department of Justice

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2013 1521

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

August 29, 2011

Mr. James Phillips
c/o Colleen M. Meenan, Esquire
Law Offices of Meenan & Associates
Attorney at Law
64 Fulton Street, Suite 502
New York, NY  10038

Re: EEOC Charge Against City of New York, Police Department
    No. 520201100456

Dear Mr. Phillips:

  Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., against the above-named respondent.

  If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

  The investigative file pertaining to your case is located in the EEOC New York District Office, New York, NY.

  This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                     Sincerely,

                                     Thomas E. Perez
                                     Assistant Attorney General
                                     Civil Rights Division

                               by    *Karen L. Ferguson*
                                     Karen L. Ferguson
                                     Supervisory Civil Rights Analyst
                                     Employment Litigation Section

cc: New York District Office, EEOC
    City of New York, Police Department



**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2013 1514

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

August 29, 2011

Mr. Daniel A. Carione
c/o Colleen M. Meenan, Esquire
Law Offices of Meenan & Associates
Attorney at Law
64 Fulton Street, Suite 502
New York, NY  10038

Re: EEOC Charge Against City of New York, Police Department
    No. 520201100257

Dear Mr. Carione:

Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

The investigative file pertaining to your case is located in the EEOC New York District Office, New York, NY.

This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Thomas E. Perez
Assistant Attorney General
Civil Rights Division

by *Karen J. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc: New York District Office, EEOC
    City of New York, Police Department